IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-CR-296-2H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| JOBIAS ARTIS, | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion to reduce sentence. The motion is both without merit and is an attempt to have this court consider the same arguments defendant made in his recent section 2255 motion, which the court found to be successive. Therefore, the motion [DE #218] is DENIED, and the motion for leave to proceed in forma pauperis [DE #219] is deemed moot.

This 12th day of November 2013.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26